IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-01998-KAS

COLORADO STATE SHOOTING ASSOCIATION,
TREVOR ALLEY, and
DANIEL FENLASON,

    Plaintiffs,

v.

JARED S. POLIS, Colorado Governor, in his official capacity,

    Defendant.

_____

# MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant's **Motion to Stay Summary Judgment Briefing Pending Ruling on the Governor's Rule 56(d) Motion** [#12] (the "Motion"). Plaintiffs filed a Response [#13] in opposition to the Motion [#12]. This lawsuit was filed on August 7, 2023, and Plaintiffs filed a Motion for Summary Judgment [#7] on August 29, 2023, forty-two days before Defendant's answer or other response to the Complaint [#1] was due on October 10, 2023. *See Waiver of Service* [#4]. That deadline has since been extended to October 17, 2023. *Minute Order* [#17]. In the absence of any emergency underlying the Motion for Summary Judgment [#7], and given the very early stage of this case, the Court finds it eminently reasonable to stay the briefing on the Motion for Summary Judgment [#7] until after adjudication of Defendant's Rule 56(d) Motion to Deny Plaintiffs' Motion for Summary Judgment to Allow Defendant to Conduct Discovery [#11]. Accordingly,

    IT IS HEREBY **ORDERED** that the Motion [#12] is **GRANTED**. Briefing on the Motion for Summary Judgment [#7] is **STAYED** pending further order of the Court.

    Dated: October 10, 2023