IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-01998-DDD-KAS

COLORADO STATE SHOOTING ASSOCIATION,
TREVOR ALLEY, and
DANIEL FENLASON,

    Plaintiffs,

v.

JARED S. POLIS, Colorado Governor, in his official capacity,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KATHRYN A. STARNELLA**

    This matter is before the Court on the District Judge's **Order to Show Cause** [#26], which requires a response from Plaintiffs by November 16, 2023, as to why this case should not be administratively closed. In light of this order, and given that a Scheduling Conference is currently set for a date prior to the deadline to respond to the Order to Show Cause,

    IT IS HEREBY **ORDERED** that the Scheduling Conference set for November 13, 2023, at 11:00 a.m. is **VACATED**. If appropriate, it will be reset following resolution of the Order to Show Cause [#26].

    Dated: October 27, 2023